UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENILE THAMES,<br><br>      Plaintiff,<br><br>v.<br><br>MARS, INCORPORATED,<br><br>      Defendant. | Case No. 22-cv-04145-JD<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

    IT IS HEREBY STIPULATED and AGREED by and between **JENILE THAMES** and **MARS, INCORPORATED**, pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule Number 6-1(a), that:

1. Defendant's **time** to answer or otherwise respond to Plaintiff's Class Action Complaint filed on or about July 14, 2022 ("Complaint") is extended from **August 10, 2022** to **September 2, 2022**.

2. IT IS FURTHER STIPULATED AND AGREED that this extension does not constitute a waiver of any claim, right, or defense.

3. The requested extension will not affect any of the other dates set in the case.

| BURSOR & FISHER, P.A. | WILLIAMS & CONNOLLY LLP |
|---|---|
| By: /s/ *L. Timothy Fisher*  <br>       L. Timothy Fisher | By: /s/ *Stephen D. Raber*  <br>       Stephen D. Raber |
| L. Timothy Fisher (SBN 191626)  <br>Sean L. Litteral (SBN 331985)  <br>Elvia M. Lopez (SBN 331986)  <br>1990 North California Blvd., Suite 940  <br>Walnut Creek, CA  94596  <br>Telephone: 925-300-4455  <br>Facsimile: 925-407-2700  <br>Email:  ltfisher@bursor.com  <br>           slitteral@bursor.com  <br>           elopez@bursor.com | Stephen D. Raber (SBN 121958)  <br>David Horniak (SBN 268441)  <br>680 Maine Avenue SW  <br>Washington, DC  20024  <br>Telephone: 202-434-5000  <br>Facsimile: 202-434-5029  <br>Email:  sraber@wc.com  <br>           dhorniak@wc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |