**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
Elvia M. Lopez (State Bar No. 331986)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email:  ltfisher@bursor.com
          slitteral@bursor.com
          elopez@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENILE THAMES, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARS, INC.,<br><br>                    Defendant. | Case No. 3:22-CV-04145-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE AS TO HIS INDIVIDUAL CLAIMS** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Jenile Thames hereby dismisses, without prejudice, his individual claims against Defendant. Each party shall bear its own costs.

Dated: November 7, 2022                                     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Sean L. Litteral*

L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
Elvia M. Lopez (State Bar No. 331986)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email:  ltfisher@bursor.com
           slitteral@bursor.com
           elopez@bursor.com

*Attorneys for Plaintiff*